# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :    NO. 520
                                          :
ORDER ADOPTING RULE 1908 OF               :
THE PENNSYLVANIA RULES OF                 :    JUDICIAL ADMINISTRATION DOCKET
JUDICIAL ADMINISTRATION                   :
                                          :
                                          :

## ORDER

**PER CURIAM**

    **AND NOW,** this 3rd day of October, 2019, it is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1908 of the Pennsylvania Rules of Judicial Administration is adopted in the form attached.

    To the extent that notice of proposed rulemaking would be required by Rule 103 of the Pennsylvania Rules of Judicial Administration or otherwise, the rule herein is required in the interest of justice and efficient administration.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in thirty days.